IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:94CR155-9-MU

| | | |
|---|---|---|
| UNITED STATES FO AMERICA | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| KENT F. LITTLE | ) | |
| | ) | |

    This matter is before the court upon the defendant's request for early termination of his supervised release. After consulting with defendant's supervising probation officer, the court will allow early termination.

    IT IS THEREFORE ORDERED that defendant's supervised release is hereby terminated upon completion of DNA testing by the probation office.

**Signed: December 5, 2005**

Graham C. Mullen
Chief United States District Judge